IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

**V.**            **CASE NO. 5:95-CR-50019**

**CHAD A. BEERS**            **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 106) of United States Magistrate Judge Erin L. Wiedemann, filed on April 27, 2021. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 106) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion for Relief (Doc. 93) is **DENIED**.

**IT IS SO ORDERED** on this 17th day of May, 2021.

           /s/ Timothy L. Brooks
           TIMOTHY L. BROOKS
           UNITED STATES DISTRICT JUDGE