IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                                    **PLAINTIFF**

**V.**                                          **CASE NO. 5:95-CR-50019**

**CHAD ALLEN BEERS**                                                                                    **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 106) of United States Magistrate Erin L. Wiedemann, filed on April 27, 2021. Defendant Beers was granted an extension of time until July 16, 2021, to file objections to the Report and Recommendation. *See* Doc. 109. He failed to do so. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 106) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion for Relief (Doc. 93) is **DENIED**.

**IT IS SO ORDERED** on this 19th day of July, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE